was said about them when the contract was executed, nor at the time of the marriage, which all happened on the same day. There is a total want of any evidence that she had been informed of his situation. It is evident that she must have expected something as an equivalent for what she abandoned, and therefore, to make the contract valid, justice required that his real situation should have been fully exposed to her. He knew well his embarrassments; and that there could be no reasonable expectation that she would ever receive anything in lieu of her dower. All this should have been explained to her.

The order for assignment of dower must be made. . . .

## ANNA WHITE v. THOMAS SMITH OF DANIEL.

Court of Chancery. Kent. August 12, 1822.

*Ridgely's Notebook IV, 76.*

## [THE JUDICIARY.]

August, 1822.

*Ridgely's Notebook IV, 83.*